UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDA LEE,

Plaintiff,

-v.-

CITY UNIVERSITY OF NEW YORK; MR. TOBACK; PROFESSOR BUTTARO; PROFESSOR HESSI; DEAN MICHAEL POINTDEXTER; REBECCA CARADO; and JOHN DOE BIO II PROFESSOR,

Defendant.

24 Civ. 94 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's request to reopen her case. (Dkt. #7). Without taking a position on the merits of her request, the Court notes that this case was transferred on January 22, 2024, to the U.S. District Court of the Eastern District of New York, where it was assigned docket number 24 Civ. 626 (AMD). (*See* Dkt. #5). Plaintiff should direct her efforts to reopen the case to that District.

The Clerk of Court is directed to mail a copy of this Order to Ms. Brenda Lee at the address she provided in her letter: Volunteers of America, Jamaica Women's Employment Shelter, 95-10 218 St, Room 106, Queens Village, New York 11429.

SO ORDERED.

Dated: August 27, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge